# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDNA REBECCA CARMONA ALVARADO, | C.A. No.: 1:23-cv-00784-RGA |
| Plaintiff, | |
| v. | |
| OCEANFRONT FISH HOUSE, LLC, d/b/a 99 Sea Level Restaurant, a Delaware limited liability company, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the above-captioned action be and hereby is dismissed with prejudice with the parties to bear their respective fees and costs.

SCHMITTINGER & RODRIGUEZ P.A.

By: /s/ Gary E. Junge_____
William D. Fletcher, Jr., Esq. (#362)
Gary E. Junge, Esq. (No. 6169)
414 South State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140 (phone)
wfletcher@schmittrod.com
gjunge@schmittrod.com
**Attorneys for Plaintiff**
**Edna Carmona Alvarado**

Dated: April 25, 2024

BAIRD MANDELAS BROCKSTEDT & FEDERICO, LLC

By: /s/ Mark Anthony Denney, Jr._____
Mark Anthony Denney, Jr., Esq. (#5156)
2711 Centerville Road, Suite 401
Wilmington, DE 19808
(302) 327-1100
Attorney for Defendant
Oceanfront Fish House, LLC, d/b/a
99 Sea Level Restaurant
mdenney@bmbde.com

Dated: April 25, 2024

So Ordered this 25th day of April, 2024

/s/ Richard G. Andrews
United States District Judge